Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 10, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 10, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00005-CV

____________

 

IN RE NEXT FINANCIAL GROUP, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
January 9, 2008, relator filed a petition for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. Proc. 52.  In the
petition, relator asks this court to compel Honorable Ken Wise, presiding judge
of the 152nd  District Court of Harris County, to vacate his order denying
relator=s motion to compel arbitration and to
enter an order granting such motion and staying the underlying proceeding. 








Because
relator failed to comply with the requirements of the Rules of Appellate
Procedure, it has not established entitlement to the extraordinary relief
sought.  See Tex. R. App. Proc.
52.3 (A[a]ll factual statements in the
petition must be verified by affidavit made on personal knowledge@).  Accordingly,
we deny relator=s petition for writ of mandamus, without prejudice to our
reconsideration of the petition upon presentation of a properly conforming
verification. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed January 10, 2008.

Panel consists of Chief Justice
Hedges and Justices Anderson and Boyce.